## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4195           Assigned/Issued By: j. n.

Judge Name: LEINENWEBER        Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____           Receipt #: 2961603_____

Date Payment Rec'd: 7-24-08_____    Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets          [ ] Other

[ ] Writ _____            _____
        *(Type of Writ)*                 _____
                                         *(Type of issuance)*

1____ Original and 0_____ copies on 7-24-08_____ as to DEFENDANT_____
                                       *(Date)*