AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Ricky McFarland,
Plaintiff,

V.

NCO Financial Systems, Inc.,
Defendants.

CASE NUMBER:  08CV4195
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

ASSIGNED JUDGE:  EDA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

NCO Financial Systems, Inc.
c/o Registered Agent CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK



July 24, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/25/08 |
| NAME OF SERVER (PRINT) JOHNNY ROBINSON | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT CORPORATION SYSTEM 208 S. LASALLE ST., Ste 814

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/25/08          *signature* Johnny Robinson
              Date                    Signature of Server

              120 S. Lasalle St. Ste. 814
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.